JS-6

**ROTHSCHILD & ASSOCIATES, APC**
Kristi D. Rothschild (State Bar No. 222727)
Julian Alwill (State Bar No. 259416)
27 West Anapamu Street, Suite 289
Santa Barbara, CA  93101
Telephone: (805) 845-1190/Facsimile (805) 456-0132

*Attorneys for Plaintiff*
*Ronald D. Sutton*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT – WESTERN DIVISION

| | |
|---|---|
| RONALD D. SUTTON, an individual, | Case No. CV 12-04554 GAF (SHx) |
| | *[ Hon. Gary A. Feess, Ctrm 740]* |
| Plaintiff, | |
| | **ORDER ENTERING JUDGMENT** |
| v. | |
| ITT SYSTEMS, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint filed October 19, 2011 |

The Court has before it Plaintiff Ronald D. Sutton's Acceptance of Rule 68 Offer and Request for Entry of Judgment, and the attached Rule 68 Offer.

In accordance therewith, the Court orders Judgment entered against Defendant Exekus Systems Corporation, formerly known as ITT Systems Corporation, in favor of Plaintiff, in the amount of $10,000.00, as the Court's final judgment in this matter. All other existing dates and deadlines in this matter are hereby vacated.

SO ORDERED.

DATE: September 17, 2012

_____
Hon. Gary A. Feess
United States District Judge